■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KINGSLEY DAYO, Appellant. [838 NYS2d 443]—Appeals by the defendant from two judgments of the Supreme Court, Kings County (D'Emic, J.), both rendered March 16, 2005, convicting him of bail jumping in the second degree under indictment No. 7694/04 and criminal possession of a weapon in the fourth degree under indictment No. 5352/03, upon his pleas of guilty, and imposing sentence.

Ordered that the judgments are affirmed.

The issues raised on these appeals are unpreserved for appellate review and we decline to review them in the exercise of our interest of justice jurisdiction. Miller, J.P., Crane, Ritter and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK DESALVO, Appellant. [838 NYS2d 442]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Kahn, J.), rendered November 17, 2005, convicting him of attempted criminal possession of stolen property in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]).

The defendant has not raised any nonfrivolous issues in his supplemental pro se brief. Schmidt, J.P., Krausman, Goldstein, Covello and Angiolillo, JJ., concur.